**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Lauritzen Bulkers A/S,<br><br>    Plaintiff,<br><br>v.<br><br>Twin Pines Minerals, LLC,<br><br>    Defendant,<br><br>and<br><br>U S Mine Corp,<br><br>    Garnishee. | Civil Action No.: 3:25-cv-00280<br><br>**ORDER**<br><br>IN ADMIRALTY, Rule 9(h) |

Plaintiff, having moved for an Order appointing Brooks T. Westergard or any other qualified person appointed by him to serve the writs of garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, this Court hereby:

GRANTS the motion, and

ORDERS, that Brooks T. Westergard or any other qualified person appointed by him be and hereby is, appointed to serve the Writs of Garnishment, and a copy of the Order for issue of the writ and Verified Complaint as issued in this case.

IT IS SO ORDERED:

Dated: June 5, 2025

_____
United States District Judge

- 1 -