**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Lauritzen Bulkers A/S,<br><br>    Plaintiff,<br><br>v.<br><br>Twin Pines Minerals, LLC,<br><br>    Defendant,<br><br>and<br><br>U S Mine Corp,<br><br>    Garnishee. | Civil Action No.:   3:25-cv-00280<br><br>**ORDER**<br><br>IN ADMIRALTY, Rule 9(h) |

Upon considering Plaintiff's motion for an Order expediting the time for consideration of its *ex parte* (a) Motion and Memorandum for Order Authorizing Issue of Writ of Maritime Attachment and Garnishment, and (b) Motion and Memorandum for Appointment for Service of Writ of Maritime Attachment and Garnishment, this Court hereby:

GRANTS the motion, and

ORDERS that the consideration shall be expedited, as moved for.

IT IS SO ORDERED:


Dated: June 5, 2025

_____
    United States District Judge