|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEVADA | |
| Lauritzen Bulkers A/S,<br><br>       Plaintiff,<br><br>v.<br><br>Twin Pines Minerals, LLC,<br><br>       Defendant,<br><br>and<br><br>U S Mine Corp,<br><br>       Garnishee. | Civil Action No.:  3:25-cv-00280<br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>IN ADMIRALTY, Rule 9(h) |

**TO GARNISHEE:  U S MINE CORP.**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA

GREETING:

　　　　WHEREAS, on June 4, 2025, Plaintiff filed a Verified Complaint against Twin Pines Minerals, LLC, as defined in the Verified Complaint, for reasons in said complaint mentioned for the sum of **$9,382,412.84** (herein, the "Garnishment Amount") as demanded for the breach of maritime contract-security for arbitration, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

　　　　WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

　　　　NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the

Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

Date: 6/5/2025

CLERK OF COURT

Signature of Clerk or Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.