UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lauritzen Bulkers A/S

        Plaintiff(s),

vs.

Twin Pines Minerals, LLC

        Defendant(s).

Case #  3:25-cv-00280-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____J. Stephen Simms_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Simms Showers LLP_____
(firm name)

with offices at _____201 International Circle_____,
(street address)

_____Baltimore_____, _____Maryland_____, _____21030_____,
(city)                                 (state)                     (zip code)

_____410-783-5795_____, _____jssimms@simmsshowers.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Lauritzen Bulkers A/S_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____12/20/1985_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Maryland_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Maryland State Bar Association, Maritime Law Association of the United States

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature
J. Stephen Simms

STATE OF __Maryland__ )
COUNTY OF __Baltimore__ )

__J. Stephen Simms__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature
J. Stephen Simms

Subscribed and sworn to before me this

__6th__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court
DEBRA M. HNAT
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires March 17, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Brooks T. Westergard__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__100 West Liberty Street, Suite 940__
(street address)

__Reno__, __Nevada__, __89501__
(city) (state) (zip code)

__775-343-7510__, __bwestergard@dickinsonwright.com__
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brooks T. Westergard_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Derek Reed*
_____
(party's signature)
Lauritzen Bulkers A/S, by Gard A/S
_____
(type or print party name, title)
Derek Knut Reed, Senior Attorney
_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
_____
Designated Resident Nevada Counsel's signature
Nevada Bar No. 14300    BWestergard@dickinsonwright.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**J. Stephen Simms – List of Bar Memberships**
**As of June 6, 2025**

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
| --- | --- | --- |
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |