1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Lauritzen Bulkers A/S

          Plaintiff(s),

   vs.

Twin Pines Minerals, LLC

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #_____ 3:25-cv-00280-MMD-CLB

ORDER GRANTING
**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

_____J. Stephen Simms_____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Simms Showers LLP_____
                        (firm name)

with offices at _____201 International Circle_____,
                        (street address)

_____Baltimore_____, _____Maryland_____, _____21030_____,
       (city)                  (state)           (zip code)

_____410-783-5795_____, _____jssimms@simmsshowers.com_____.
(area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Lauritzen Bulkers A/S_____ to provide legal representation in connection with
                [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since _____12/20/1985_____, Petitioner has been and presently is a
                         (date)
2    member in good standing of the bar of the highest Court of the State of _____Maryland_____
                                                                                    (state)
3    where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10    standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19    5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21    or administrative body, or any resignation or termination in order to avoid disciplinary or

22    disbarment proceedings, except as described in detail below:

None

28                                           2                                    Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Maryland State Bar Association, Maritime Law Association of the United States

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1          That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                               _____

    STATE OF _____Maryland_____ )        Petitioner's signature

5    COUNTY OF _____Baltimore_____ )    J. Stephen Simms

6

7         _____J. Stephen Simms_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                 _____

                                   Petitioner's signature

10   Subscribed and sworn to before me this    J. Stephen Simms

11   __6ᵗʰ__ day of ___JUNE_____, 2025.

12

13   _____

14        Notary Public or Clerk of Court

                DEBRA M. HNAT

15     NOTARY PUBLIC STATE OF MARYLAND

       My Commission Expires March 17, 2028

16       **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate ____Brooks T. Westergard____,

19                                        (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23   _____100 West Liberty Street, Suite 940_____,

                            (street address)

24   _____Reno_____,   _____Nevada_____,   ____89501____,

25        (city)                  (state)         (zip code)

26   ____775-343-7510____,   bwestergard@dickinsonwright.com.

    (area code + telephone number)       (Email address)

27

28                          4                       Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

4

5              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7      The undersigned party(ies) appoint(s) _____ Brooks T. Westergard _____ as
8  his/her/their Designated Resident Nevada Counsel in this case.                (name of local counsel)

9

10                          *Derek Reed*
    _____
    (party's signature)
11    Lauritzen Bulkers A/S, by Gard A/S
    _____
12   (type or print party name, title)
     Derek Knut Reed, Senior Attorney
13   _____
    (party's signature)
14

15   _____
16   (type or print party name, title)

17                    **CONSENT OF DESIGNEE**
      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20   _____
     Designated Resident Nevada Counsel's signature
21   Nevada Bar No. 14300    BWestergard@dickinsonwright.com
     _____
22       Bar number          Email address

23

24  APPROVED:

25  Dated: this _13th_ day of June, 2025.

26   _____
27  UNITED STATES DISTRICT JUDGE

28
                              5                              Rev. 5/16

**J. Stephen Simms – List of Bar Memberships**
**As of June 6, 2025**

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
|---|---|---|
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twentieth day of December, 1985,

### *John Stephen Simms*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the fifth day of August, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixth day of June, 2025.

_____
Clerk of the Supreme Court of Maryland