# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Lauritzen Bulkers A/S, <br><br> Plaintiff, <br><br> v. <br><br> Twin Pines Minerals, LLC, <br><br> Defendant, <br><br> and <br><br> U S Mine Corp, <br><br> Garnishee. | Civil Action No.: 3:25-cv-00280-MMD-CLB <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> IN ADMIRALTY, Rule 9(h) |

    Plaintiff Lauritzen Bulkers A/S ("Lauritzen") has settled its claims against defendant Twin Pines Minerals, LLC ("TPM"), which has not answered or responded to the complaint, and garnishee U S Mine Corp ("US Mine") has answered the writ of garnishment served on it.

    Lauritzen and US Mine pursuant to Fed. R. Civ. P. 41 hereby stipulate to the dismissal with prejudice of the garnishment of US Mine, and Lauritzen further hereby gives notice of dismissal with prejudice of the complaint against TPM ("Stipulation and Dismissal with Prejudice"). Lauritzen and US Mine further stipulate to bear their own costs and fees in this matter. Notwithstanding the foregoing, US Mine expressly reserves the right to seek indemnification from TPM for all costs and fees incurred in this matter, and its right to such indemnification shall not be prejudiced in any manner as a result of the Stipulation and Dismissal with Prejudice.

Dated: January 1, 2026

GUNERSON LAW FIRM                    SIMMS SHOWERS LLP

| | |
|---|---|
| /s/ Courtney G. Sweet | /s/ J. Stephen Simms |
| Courtney G. Sweet, Esq. | J. Stephen Simms (*pro hac vice*) |
| Nevada State Bar No. 10775 | Gary C. Murphy (*pro hac vice*) |
| 3895 Warren Way | 201 International Circle, Suite 230 |
| Reno, Nevada 89509 | Baltimore, Maryland 21030 |
| Telephone: 775.829.1222 | Telephone: 410-783-5795 |
| csweet@gundersonlaw.com | jssimms@simmsshowers.com |
| | gcmurphy@simmsshowers.com |
| SCHILLING LAW GROUP | |
| Charity Gilbreth, Esq. (*pro hac vice*) | DICKINSON WRIGHT PLLC |
| Linda Schilling, Esq. (*pro have vice*) | |
| | Brooks T. Westergard |
| | Nevada Bar No. 14300 |
| 1100 Newport Center Drive | Email: BWestergard@dickinsonwright.com |
| Suite 250 | 100 West Liberty Street, Suite 940 |
| Newport Beach, California 92660 | Reno, Nevada 89501-1991 |
| Telephone: 949.760.6120 | Tel: 775-343-7500 |
| Charity.gilbreth@schillinglawgroup.com | Fax: 844-670-6009 |
| Linda.schilling@schillinglawgroup.com | |
| | *Attorneys for Plaintiff Lauritzen Bulkers A/S* |
| *Attorneys for U S Mine Corp* | |

IT IS SO ORDERED

DATED this 5th day of January, 2026.

_____
Miranda M. Du, U.S. District Judge